**W. A. CROSS v. PEARL E. OGLE SANTEE, formerly PEARL E. OGLE, and C. T. SANTEE, her husband, and G. H. TUCKER and RUBY TUCKER, his wife, and ROBERT LESLIE WALKER.**

28 So. (2nd) 541                          June Term, 1946
December 13, 1946                    Special Division B
Rehearing Denied June 11, 1947

Affirmed.

**W. A. CROSS v. G. H. TUCKER and RUBY TUCKER, his wife, and PEARL E. OGLE SANTEE, formerly PEARLE E. OGLE and C. T. SANTEE, her husband, and HAZEL TYNER MAIN and FRANCIS E. MAIN, her husband.**

28 So. (2nd) 541                          June Term, 1946
December 13, 1946                    Special Division B
Rehearing Denied June 11, 1947

Affirmed.

**W. A. CROSS v. G. H. TUCKER and RUBY TUCKER, his wife, and PEARL E. OGLE SANTEE, formerly known as PEARL TYNER OGLE, and her husband, C. T. SANTEE.**

28 So. (2nd) 541                          June Term, 1946
December 13, 1946                    Special Division B
Rehearing Denied June 11, 1947

Affirmed.

**W. A. CROSS v. G. H. TUCKER and Ruby TUCKER, his wife, and FERN E. BERGEN, a widow.**

28 So. (2nd) 541                          June Term, 1946
December 13, 1946                    Special Division B
Rehearing Denied June 11, 1947

Affirmed.

**CLINTON F. VUCOVICH v. E. L. PADGETT.**

28 So. (2nd) 541                          June Term, 1946
December 13, 1946                    Special Division B

Affirmed.